UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JO ANN JACKSON,

   Plaintiff,

-vs-

ALDER HOLDING, LLC,

                                CASE NO.:  2:18-CV-00255-RDP

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Jo Ann Jackson, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Jonathan P. Hoffmann 1901 Sixth Avenue North , Suite 1500 Birmingham, AL 35203 (jhoffmann@balch.com) via electronic mail on this 11 day of December, 2018.

                                */s/ Shaughn C. Hill*
                                Shaughn C. Hill, Esq.
                                Morgan & Morgan, Tampa,  P.A.
                                One Tampa City Center
                                201 N. Franklin Street, 7th Floor
                                Tampa, FL 33602
                                Tele:  (813) 223-5505
                                Fax:  (813) 223-5402
                                shill@forthepeople.com
                                Florida Bar #:  0105998
                                *Attorney for Plaintiff*